## 55176. CONTAINER CORPORATION OF AMERICA v. WILSON.

QUILLIAN, Presiding Judge.

The evidence was sufficient to sustain the award of the State Board of Workmen's Compensation finding that the claimant had undergone a change in condition.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED JANUARY 12, 1978 — DECIDED FEBRUARY 16, 1978.

*Gambrell, Russell, Killorin & Forbes, Edward W. Killorin, Jack O. Morse,* for appellant.

*Thomas A. Travis, Jr.,* for appellee.